**No. 51193.**—Protests 56002–K, etc., of A. & C. Buscaglia Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*   The protests were sustained to this extent.

**No. 51194.**—Protests 58121–K, etc., of Joseph Perrelli et al.   (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*   The protests were sustained to this extent.

**No. 51195.**—Protests 58086–K, etc., of Cluett Peabody & Co., Inc.   (New York).

Opinion by EKWALL, J.   Upon consideration of the arguments presented by plaintiff on rehearing and in view of the fact that the motion for rehearing was not opposed by the Government, the decision heretofore rendered was modified and the protests sustained as to all the entries involved.